ORDERED.

**Dated:  August 09, 2019**

Karen S. Jennemann
United States Bankruptcy Judge

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

In re:

DEBORAH SUE ANN KILLIAN
aka Deborah Schwartztrauber
aka Deborah Green,

     Debtor.

_____/

Case No. 6:19-bk-03539-KSJ
Chapter 7

**AGREED ORDER GRANTING MOTION FOR RELIEF FROM**
**AUTOMATIC STAY WITH A DELAYED EFFECTIVE DATE**
**(Cancels hearing for August 13, 2019)**

**THIS CASE** is before the Court upon the MOTION FOR RELIEF FROM AUTOMATIC STAY (Doc 10) filed by PennyMac Loan Services, LLC ("Movant"), and the TRUSTEE'S RESPONSE TO PENNYMAC LOAN SERVICES, LLC'S MOTION FOR RELIEF FROM AUTOMATIC STAY (Doc 13). By submitting this Order as "Agreed," Movant's attorney represents that the Trustee agrees with the terms hereof. Based on said representation, and the Court being otherwise duly advised in the premises, it is

**ORDERED** as follows:

1.    The Motion for Relief from Automatic Stay (Doc 10) is granted, but the effective

date of this order is delayed until November 15, 2019.

    2.    If, prior to November 15, 2019:

    a.    The Trustee obtains a Contract for the sale of the property at a price sufficient to pay Movant's claim in full (or a written agreement by Movant to accept some lesser amount), along with a deposit of not less than 1% of the purchase price, and

    b.    Files a Motion for Approval of said sale.

then the effective date of this order shall be extended until the Court rules on said Motion.

    3.    If no such Motion is filed by November 14, 2019, the automatic stay shall lift on November 15, 2019 without further notice or hearing.

    4.    The hearing scheduled for 1:30 PM on August 13, 2019 is canceled.

###

Attorney Frederic J. DiSpigna is directed to serve a copy of this order on interested parties who do not receive service by CM/ECF and file a proof of service within 3 days of entry of the order.