**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**
www.flmb.uscourts.gov

In re:                                                                                          Case No. **6:19-bk-03539-KSJ**
                                                                                                Chapter 7

**Deborah Sue Ann Killian**

_____ Debtor(s). /

## NOTICE OF PRELIMINARY HEARING

**PLEASE TAKE NOTICE** that a Hearing has been set before the Honorable Karen S. Jennemann, United States Bankruptcy Judge, on **Tuesday, October 1, 2019 at 11:00 a.m.**, in Courtroom 6A, 6th Floor, at the United States Bankruptcy Court, George C. Young Federal Building, 400 W. Washington St., Orlando, FL 32801, to consider and act upon the following:

*Chapter 7 Trustee's (I) Application to Retain BK Global Real Estate Services to Procure Consented Private Sale Pursuant to 11 U.S.C. §§327, 328 and 330 and (II) Application to Retain Kavita Hanisha Uttamchandani as Trustee's Listing Agent and to Procure Consented Private Sale Pursuant to 11 U.S.C. §§ 327, 328 and 330* (Docket No. 24) and transact such other business as may properly come before the Court.

All exhibits must be pre-marked and listed in accordance with Local Rule 9070-1. Appropriate Attire: You are reminded that Local Rule 5072(b)(16) requires that all persons appearing in court should dress in appropriate business attire consistent with their financial abilities. Among other things, a coat and tie are appropriate for a man; a dress or pants suit is appropriate for a woman.

**RESPECTFULLY SUBMITTED** this September 10, 2019.

/s/ *Kristen L. Henkel*
Kristen L. Henkel, Esquire
Florida Bar No. 81858
M. E. Henkel, P.A.
3560 S. Magnolia Ave.
Orlando, Florida 32806
Telephone: 407-438-6738
Facsimile : 407-858-9466
khenkel@mehenkel.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing was provided by United States Mail, postage prepaid, or by electronic delivery to : United States Trustee, 400 W. Washington St., Suite 1100, Orlando, Florida 32801; Deborah Sue Ann Killian, 1203 NE Windsor Dr., Apt. 104, Ankeny, IA 50021, *Debtor(s);* Samuel R. Pennington, 303 N. Texas Ave., Tavares, FL 32778, *Debtor(s)' Attorney,* on September 10, 2019.

/s/ *Kristen L. Henkel*
Kristen L. Henkel